5:10 PM
01/04/10
Accrual Basis

# M2M Fashion Inc
## Balance Sheet
As of December 31, 2009

|  | Dec 31, 09 | Dec 31, 08 |
|---|---:|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| Cash in Hand | 0.00 | 1,000.00 |
| IBC-6002875158 | -19,445.11 | -30,582.06 |
| IBC 1110333234 | 23,481.37 | 0.00 |
| **Total Checking/Savings** | 4,036.26 | -29,582.06 |
| **Other Current Assets** | | |
| Inventory | 307,637.00 | 472,883.00 |
| **Total Other Current Assets** | 307,637.00 | 472,883.00 |
| **Total Current Assets** | 311,673.26 | 443,300.94 |
| **Fixed Assets** | | |
| Sign | 3,365.81 | 3,365.81 |
| Computer Equipment | 23,947.82 | 45,947.82 |
| Fixtures and Furniture | 42,833.01 | 102,833.01 |
| Leasehold Improvement | 109,145.18 | 107,685.08 |
| Accu. Depreciation | -109,995.00 | -109,995.00 |
| **Total Fixed Assets** | 69,296.82 | 149,836.72 |
| **Other Assets** | | |
| Deposit | 22,157.41 | 22,157.41 |
| **Total Other Assets** | 22,157.41 | 22,157.41 |
| **TOTAL ASSETS** | **403,127.49** | **615,295.07** |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Other Current Liabilities** | | |
| Loan from IBC | 2,805.00 | 21,979.40 |
| Credit Card Loan Payable | 140,026.82 | 26,344.21 |
| Payroll Liabilities | -747.55 | 2,471.68 |
| Sales Tax Payable | 0.00 | 2,337.42 |
| **Total Other Current Liabilities** | 142,084.27 | 53,132.71 |
| **Total Current Liabilities** | 142,084.27 | 53,132.71 |
| **Long Term Liabilities** | | |
| Loan from Shareholder | 311,250.37 | 465,820.12 |
| **Total Long Term Liabilities** | 311,250.37 | 465,820.12 |
| **Total Liabilities** | 453,334.64 | 518,952.83 |
| **Equity** | | |
| Retained Earnings | 96,342.24 | 129,043.85 |
| Net Income | -146,549.39 | -32,701.61 |
| **Total Equity** | -50,207.15 | 96,342.24 |
| **TOTAL LIABILITIES & EQUITY** | **403,127.49** | **615,295.07** |